TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ADRIANA D. GENCO
Assistant United States Attorney
Arizona State Bar No. 033397
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Adriana.Genco@usdoj.gov
Attorneys for Plaintiff

☒ FILED    ☐ LODGED

**Oct 08 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.   CR-25-01399-PHX-KML (MTM) |
|---|---|
| Plaintiff, | |
| vs. | **I N F O R M A T I O N** |
| Jermaine Marvin Thomas, | VIO:   18 U.S.C. § 371 (Conspiracy) Count 1 |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**BACKGROUND**

At all times relevant to this Information:

1.     Jermaine Marvin THOMAS is an individual and a resident of Arizona. THOMAS was employed by Company 1, a commercial airline, as a baggage resolution specialist. In that role, THOMAS processed baggage claims for passengers who had damaged or lost luggage.

2.     When the airline received a claim for damaged or lost luggage, a claimant was given 30 days to provide supporting documentation. If a claimant did not submit the document within 30 days, the claim was closed without payment to the claimant.

3.     In his role, THOMAS had the authority to approve claims and authorize payment of up to $3,800 for legitimate claims of damaged or lost luggage. THOMAS instead used his authority to manipulate legitimate claims and then generate checks payable to THOMAS and his co-conspirators.

4.     THOMAS monitored the claims nearing the 30-day deadline because he knew claimants who waited until then were unlikely to submit any documentation. THOMAS then changed the information on the claim, including the traveler's name and address, to that of a co-conspirator.

5.     THOMAS processed the claims in the co-conspirator's name, approving and sending checks for the fraudulent claims. Once the co-conspirator received the check, the co-conspirator sent THOMAS a portion of the proceeds through the use of money transfer applications, such as Cash App.

6.     Between in or about October 2021 and December 2023, THOMAS processed 126 fraudulent lost baggage claims causing a loss to Company 1 of approximately $441,309.

**COUNT ONE**
**Conspiracy**
**(18 U.S.C. § 371)**

7.     Each of the foregoing allegations are incorporated by reference and re-alleged as though fully set forth herein.

8.     Beginning in or about October 2021, and continuing through in or about December 2023, in the District of Arizona and elsewhere, Defendant JERMAINE THOMAS, did unlawfully, voluntarily, intentionally, and knowingly conspire, confederate, and agree with other individuals, both known and unknown to the Grand Jury, to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

**Manner and Means**

9.    Among the manner and means by which THOMAS and his co-conspirators carried out the conspiracy were the following:

a. THOMAS identified legitimate baggage claims submitted to Company 1 nearing the 30-day deadline, which THOMAS believed the original claimant was unlikely to complete.

b. THOMAS changed the name of the original claimant for the baggage claim to that of a co-conspirator.

c. THOMAS provided the claim information and sample supporting documentation to his co-conspirators.

d. THOMAS processed and paid the fraudulent claims to the co-conspirators.

e. Co-conspirators would split the proceeds of the fraudulent claim with THOMAS.

**Overt Acts**

10.    In furtherance of the conspiracy, and to achieve the objects of the conspiracy, defendant committed overt acts, including but not limited to the following:

a. In July 2022, THOMAS recruited co-conspirator D.S. to pose as a traveler submitting a lost baggage claim.

b. On or about July 29, 2022, THOMAS processed a fraudulent baggage claim on behalf of Company 1, approving the mailing of check number 0007849857 in the name of co-conspirator D.S. for the amount of $3,476.53.

c. On or about August 3, 2022, co-conspirator D.S. transferred $2,200 to THOMAS's Cash App account.

d. On or about November 20, 2023, THOMAS processed a fraudulent baggage claim on behalf of Company 1, approving the mailing of check number 0009034977 in the name of co-conspirator B.W. for the amount of $3,661.76.

e.  On or about December 1, 2023, co-conspirator B.W. transferred $2,400 to THOMAS's Cash App account.

All in violation of Title 18, United States Code, Section 371.

Respectfully submitted this _22nd_ day of August, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ADRIANA D. GENCO
Assistant U.S. Attorney

- 4 -